DAVID YEREMIAN & ASSOCIATES, INC.
David Yeremian (SBN 226337)
david@yeremianlaw.com
Alvin B. Lindsay (SBN 220236)
alvin@yeremianlaw.com
535 N. Brand Blvd., Suite 705
Glendale, California 91203
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

DAVTYAN PROFESSIONAL LAW CORPORATION
Emil Davtyan (SBN 299363)
5959 Topanga Canyon Blvd., Suite 130
Woodland Hills, California 91367
Telephone: (818) 875-2008
Facsimile: (818) 722-3974
emil@davtyanlaw.com

Attorneys for Plaintiff DARIUS ROWSER and AMITA GUPTA
on behalf of themselves and all others similarly situated

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARIUS ROWSER, an individual, and AMITA GUPTA, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRUNK CLUB, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-05064-DSF-RAO<br><br>Class and Collective Action<br><br>Assigned for All Purposes to:<br>Hon. Dale S. Fischer<br><br>**NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[*Filed concurrently with Memorandum; Declarations of Jennifer Mills and David Yeremian; and [Proposed] Order*]<br><br>Hearing: January 14, 2019<br>Time: 1:30 p.m.<br>Dept.: Courtroom 7D, 1st Street Courthouse, Los Angeles, CA<br><br>Original Complaint: July 10, 2017<br>Amended Complaint: August 17, 2017<br>Second Amended: June 26, 2017 |

---

NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on **January 14, 2019**, at **1:30 p.m.** or as soon thereafter as counsel may be heard, in Courtroom 7D of this Court, located at 350 West 1st Street, Los Angeles, California, before the Honorable Dale S. Fischer, Plaintiffs DARIUS ROWSER and AMITA GUPTA ("Plaintiffs"), on behalf of themselves and the putative Settlement Classes of similarly situated employees of Defendant Trunk Club, Inc. ("Defendant"), will and hereby do move the Court for an Order granting final approval of the parties' Stipulation of Settlement ("Settlement Agreement"). A copy of the Settlement Agreement has been provided for the Court's review at Exhibit A to the previously filed declarations of Plaintiffs' counsel, David Yeremian, Esq., in support of preliminary approval and the fees and costs motion. (ECF No. 32-2, Exhibit A; ECF 40-2, Exhibit A).The motion will be heard concurrently with Plaintiffs' Motion for award of requested attorneys' fees and reasonable litigation costs to Plaintiffs' counsel and an award of the Class Representative Enhancement and Service Awards to Plaintiffs ("Fees and Costs Motion"), as detailed in the Motion documents filed **November 26, 2018**. (ECF No. 40 through 40-14). Defendant does not oppose the Motion or the requested awards.

Plaintiffs make this Motion pursuant to the Court's authority to approve the class-action settlement upon finding that it is fair, reasonable, and adequate under Rule 23(e)(2) of the Federal Rules of Civil Procedure. The basis for this Motion is that the proposed settlement is fair, adequate, and reasonable and in the best interests of the Class and Collective as a whole, and the procedures proposed by the parties are adequate to ensure the opportunity of Class members to participate in, opt out of, or object to the Settlement. The Court has already preliminarily approved the Settlement, and the Settlement Administration has been completed successfully and provides reasonable compensation to Plaintiffs and the Class and Collective Members for their claims against Defendants.

NOTICE OF MOTION AND PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1  Plaintiffs request entry of the concurrently provided [Proposed] Order and
2  Judgment granting final approval of the Settlement Agreement and awarding the
3  Settlement Administrator, Rust Consulting, Inc., reasonable administration costs and
4  fees of $25,000.00. Plaintiffs further request that the Court approve the requested
5  attorneys' fees and costs and representative enhancement awards, as addressed in
6  the Fees and Costs Motion documents.

7  Plaintiffs respectfully submit good cause exists for granting the Motion for
8  the reasons set forth in the concurrently filed documents, and those submitted with
9  the Fees and Costs Motion. This Motion is based upon this Notice of Motion and
10 Unopposed Motion, the Memorandum of Points and Authorities, and the
11 Declarations of David Yeremian (Class Counsel) and Jennifer Mills (Settlement
12 Administration), along with the other documents filed herewith and previously,
13 including the Settlement Agreement, any Exhibits to the Declarations, and the
14 [Proposed] Order and Judgment, as addressed above, and the other pleadings and
15 records on file in this action, and the presentations of counsel and such oral or
16 documentary evidence as may be presented at the hearing on this unopposed
17 Motion.

18 The parties seek an Order: (1) finding that the proposed class-action
19 settlement is fundamentally fair, adequate and reasonable, and (2) granting final
20 approval of the settlement.

22 DATED: December 17, 2018    DAVID YEREMIAN & ASSOCIATES, INC.

24                             By: */s/ David Yeremian*
25                                 David Yeremian
                                   Alvin B. Lindsay
26                                 Attorneys for Plaintiffs
                                   and the putative Classes and Collective